IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation et al., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY PALMER, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 04-683-SLR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and expenses. This case is hereby closed.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Joseph A. Malfitano (No. 4020)
Maribeth L. Minella (No. 4185)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
mminella@ycst.com

_____
Timothy Palmer
99 Harris Avenue
Needham, MA 02491
(617) 574-5133

Defendant

Attorneys for Plaintiff

SO ORDERED:

Dated:_____    _____

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I caused a copy of the foregoing document to be served upon the following party in the manner indicated:

FIRST-CLASS MAIL:

Timothy Palmer
99 Harris Avenue
Needham, MA  02491

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. Minella

Maribeth L. Minella (No 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
mminella@ycst.com

Attorneys for Plaintiff

DB02:5136247.1                                                                                                          000000.0